**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 737 MAL 2019
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
:
JOHNSON N. PORKA, :
:
Petitioner :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.